# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

JEROME E. SANDERS,
1439 Brookside Avenue
Linwood, PA 19061

              Plaintiff,

    vs.

EXPLORER VAN COMPANY,
2749 N. Fox Farm Road
Warsaw, IN 46580

             Defendants.

:
:
:  CIVIL ACTION NO.
:
:
:
:
:
:
:
:
:
:
:

## NOTICE OF REMOVAL OF ACTION

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF PENNSYLVANIA:

In accordance with 28 U.S.C. §§ 1441 and 1446, Defendant, Explorer Van Company

hereby files this Notice of Removal to remove this case, which was filed in the Court of

Common Pleas of Philadelphia County, to this Court. In support of this Notice of Removal,

Explorer Van Company avers as follows:

## Statement of Jurisdiction

1.     This is a civil action which may be removed to this Court by Defendants pursuant

to the provisions of 28 U.S.C. §§ 1441(a) and 1441(c)

6834208.doc

2.    On or about April 24, 2019, Defendants was served with a civil Complaint by certified mail captioned Jerome E. Sanders v. Explorer Van Company (Docket No. 002180) and filed by Plaintiff in the Court of Common Pleas, Philadelphia County, Pennsylvania. Plaintiff's Complaint is attached as Exhibit A.

3.    In accordance with 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served upon Explorer Van Company in this action are attached as Exhibit "A".

4.    In accordance with 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty days after service of the Complaint on Defendant.

5.    The Philadelphia Court of Common Pleas, First Judicial District's website was down on May 23, 2019 and I was unable to obtain a docket report.

6.    However, based on the caption of the Complaint, and the allegations in the complaint Defendant understands that it is the only party to the action.

7.    In accordance with 28 U.S.C. § 1446(d), Defendant is serving Plaintiff and filing with the Philadelphia Court of Common Pleas Notices of Removal of the action, a copy of which is attached as Exhibit "B".

## Federal Question Jurisdiction

8.    In Count II of Plaintiff's Complaint, Exhibit A, Plaintiff brings a claim under the Magnuson-Moss Warranty Improvement Act and alleges damages equal to the sales price of the vehicle which was approximately $66,000. (See Exhibit A to Plaintiff's Complaint attached as Exhibit A)

9.    As a result, the within matter is removable pursuant to 28 U.S.C. §1331 as it involves a Federal question and pursuant to 15 U.S.C. §2310(d).

20.     Based on the foregoing, the requirements of 28 U.S.C. §§ 1441(a) and (c) and 28 U.S.C. §2310(d) have been satisfied and the within matter is properly removable on the basis of Federal Question.

WHEREFORE, Defendant, Explorer Van Company respectfully request that the state action be removed from the Court of Common Pleas, Philadelphia County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania.

Respectfully Submitted,

LAURA D. RUCCOLO (70736)
CAPEHART & SCATCHARD, PA
Attorneys for Defendant, Explorer Van Company
8000 Midlantic Dr., Suite 300 S
Mt. Laurel, New Jersey 08054
856-234-6800

**Robert M. Silverman, Esquire**                    **ATTORNEY FOR PLAINTIFF**
Identification No. 55914
**KIMMEL & SILVERMAN, P.C.**
30 East Butler Pike
Ambler, PA 19002
(215) 540-8888

---

| | |
|---|---|
| Jerome E. Sanders<br>1439 Brookside Avenue<br>Linwood, PA 19061 | **COURT OF COMMON PLEAS**<br>**PHILADELPHIA COUNTY** |
| v. | |
| Explorer Van Company<br>2749 N. Fox Farm Road<br>Warsaw, IN 46580 | **CIVIL ACTION** |

## COMPLAINT
### CODE: 1900

1. Plaintiff, Jerome E. Sanders, is an adult individual citizen and legal resident of the Commonwealth of Pennsylvania, residing at 1439 Brookside Avenue, Linwood, PA 19061.

2. Defendant, Explorer Van Company, is a corporation qualified to do and regularly conduct business in the Commonwealth of Pennsylvania, with its address and principal place of business located at 2749 N. Fox Farm Road, Warsaw, IN 46580, and can be served at this address.

3. Defendant regularly conducts business in Philadelphia County, Pennsylvania.


EXHIBIT A

## BACKGROUND

4. On or about 06/14/18, Plaintiff purchased a new 2018 Chevrolet G2500 Explorer Luxury Conversion Van, manufactured and warranted by both General Motors Company and Defendant, and bearing the Vehicle Identification Number 1GCWGBFG4J1168340.

5. The vehicle is used for personal purposes.

6. The vehicle was purchased in the Commonwealth of Pennsylvania and is registered in the Commonwealth of Pennsylvania.

7. The contract price of the vehicle, including registration charges, document fees, sales tax, finance and bank charges, but excluding other collateral charges not specified, yet defined by the Lemon Law, totaled more than $66,372.00. A true and correct copy of the purchase documentst is attached hereto, made a part hereof, and marked Exhibit "A".

8. In consideration for the purchase of said vehicle, Defendant issued to Plaintiff several warranties, guarantees, affirmations or undertakings with respect to the material or workmanship of the vehicle and/or remedial action in the event the vehicle fails to meet the promised specifications.

9. The above-referenced warranties, guarantees, affirmations or undertakings are/were part of the basis of the bargain between Defendant and Plaintiff.

10. However, as a result of the ineffective repair attempts made by Defendant, the vehicle is rendered substantially impaired, unable to be utilized for its intended purposes, and is worthless to Plaintiff.

11. The first and second documented warranty repair attempts are believed to have occurred on or about 7/23/18 through 8/23/18, when the vehicle odometer showed 411 miles. On 7/23/18, the vehicle was towed to Fred Beans Chevrolet. Plaintiff reported air and water are massively

leaking into vehicle, staining the interior and pooling on the floor, the front grille popped out and the headlights are flooded with water. Fred Beans found a "heavy" water leak and sent the vehicle back to Defendant for repairs. The vehicle was returned to Plaintiff on 8/23/18. A true and correct copy of the repair invoice is attached hereto, made a part hereof and marked Exhibit "B".

12. The third documented warranty repair attempt is believed to have occurred on or before 11/15/18 through 11/26/18, when the vehicle odometer showed 1,415 miles. On that date, repair attempts addressed all four tires losing air and vehicle pulling to the right. The servicing dealer, Thomas Chevrolet, found the connection between all four wheels and tires faulty and called Defendant, who provided four new tires. A true and correct copy of the repair invoice is attached hereto, made a part hereof and marked Exhibit "C".

13. The fourth documented warranty repair attempt is believed to have occurred on or before 11/29/18, when the vehicle odometer showed 1,448 miles. On that date, repair attempts addressed the vehicle pulling to the right and continuing to leak both water and ai. A true and correct copy of the repair invoice is attached hereto, made a part hereof and marked Exhibit "D".

14. The vehicle continues to leak both water and air to date, yet Defendant has refused to attempt to repair the vehicle.

15. Throughout the repair history, Plaintiff repeatedly contacted Defendant, informing Defendant that the subject vehicle continues to massivley leak air and water and requestng that Defendant honor its warranty by repairing the vehicle. Defendant wholly failed to respond to Plaintiff's complaints and has, prior to any legal action being instituted, made no efforts to address Plaintiff's concern. Defendant has also wholly failed to reply to Plaintiff's requests for repair documentation.

16. The vehicle continues to exhibit defects and nonconformities which substantially impair its use, value and/or safety as provided in 73 P.S. §1951 et seq.

## COUNT I
## PENNSYLVANIA AUTOMOBILE LEMON LAW

17. Plaintiff hereby incorporates all facts and allegations set forth in this Complaint by reference as if fully set forth at length herein.

18. Plaintiff is a "Purchaser" as defined by 73 P.S. §1952.

19. Defendant is a "Manufacturer" as defined by 73 P.S. §1952.

20. Fred Beans Chevrolet is and/or was at the time of sale a Motor Vehicle Dealer in the business of buying, selling, and/or exchanging vehicles as defined by 73 P.S. §1952.

21. On or about 06/11/2018, Plaintiff took possession of the above mentioned vehicle and experienced nonconformities as defined by 73 P.S §1951 et seq., which substantially impair the use, value and/or safety of the vehicle.

22. The nonconformities described herein violate the express written warranties issued to Plaintiff by Defendant.

23. Section 1955 of the Pennsylvania Automobile Lemon Law provides:

> If a manufacturer fails to repair or correct a nonconformity after a reasonable number of attempts, the manufacturer shall, at the option of the purchaser, replace the motor vehicle... or accept return of the vehicle from the purchaser, and refund to the purchaser the full purchase price, including all collateral charges, less a reasonable allowance for the purchasers use of the vehicle, not exceeding $.10 per mile driven or 10% of the purchase price of the vehicle, whichever is less.

24. Section 1956 of the Pennsylvania Automobile Lemon Law provides a presumption of a reasonable number of repair attempts if:

> (1)     The same nonconformity has been subject to repair three times by the manufacturer, its agents or authorized dealers and the nonconformity still exists; or

> (2)     The vehicle is out-of-service by reason of any nonconformity for a cumulative total of thirty or more calendar days.

25. Plaintiff has or will have satisfied the above definition as the vehicle has been subject to repair three (3) times for the same nonconformity, and the nonconformity remains uncorrected.

26. In addition, the above vehicle has been out-of-service by reason of the nonconformities complained of for a cumulative total of thirty (30) or more calendar days.

27. Plaintiff has delivered the nonconforming vehicle to an authorized service and repair facility of the Defendant as outlined above.

28. After a reasonable number of attempts, Defendant was unable, failed, or has refused to repair the nonconformities.

29. Plaintiff notified Defendant of the existence of the nonconformities and has requested that Defendant repair said nonconformities.

30. Plaintiff avers the vehicle has been subject to additional repair attempts for defects and conditions for which Defendant did not provide or maintain itemized statements as required by 73 P.S. § 1957.

31. Plaintiff avers that such itemized statements, which were not provided as required by 73 P.S. § 1957 also include technicians' notes of diagnostic procedures and repairs, and Defendant's Technical Service Bulletins relating to this vehicle.

32. Plaintiff avers the vehicle has been subject to additional repair attempts for defects and conditions for which Defendant's warranty dealer did not provide the notification required by 73 P.S. § 1957.

33. Plaintiff has and will continue to suffer damages due to Defendant's failure to comply with the provisions of 73 P.S. §§ 1954 (repair obligations), 1955 (manufacturer's duty for refund or replacement), and 1957 (itemized statements required).

34. Pursuant to 73 P.S. § 1958, Plaintiff seeks relief for losses due to the vehicle's nonconformities, including the award of reasonable attorneys' fees and all court costs.

WHEREFORE, Plaintiff respectfully demands judgment against Defendant in an amount equal to the price of the subject vehicle, plus all collateral charges, attorneys' fees, and court costs.

## COUNT II
## MAGNUSON-MOSS (FTC) WARRANTY IMPROVEMENT ACT

35. Plaintiff hereby incorporates all facts and allegations set forth in this Complaint by reference as if fully set forth at length herein.

36. Plaintiff is a "Consumer" as defined by 15 U.S.C. §2301(3).

37. Defendant is a "supplier", "warrantor", and a "service contractor" as defined by 15 U.S.C. § 2301 (4),(5) and (8).

38. The subject vehicle is a "consumer product" as defined by 15 U.S.C. § 2301(1).

39. By the terms of its written warranties, affirmations, promises, or service contracts, Defendant agreed to perform effective repairs at no charge for parts and/or labor.

40. The Magnuson-Moss Warranty Improvement Act requires Defendant to be bound by all warranties implied by state law. Said warranties are imposed on all transactions in the state in which the vehicle was delivered.

41. Defendant has made attempts to comply with the terms of its express warranties; however, such repair attempts have been ineffective.

42. Defendant has failed to honor its obligations under its express warranties by refusing to attempt to finally repair Plaintiff's vehicle.

43. As a direct and proximate result of Defendant's failure and refusal to honor its obligations under its express warranties, said warranties have failed of thier essential purpose.

44. The Magnuson-Moss Warranty Improvement Act, 15 U.S.C. §2310(d)(2) provides:

> If a consumer finally prevails on an action brought under paragraph (1) of this subsection, he may be allowed by the court to recover as part of the judgment a sum equal to the amount of aggregate amount of costs and expenses (including attorney fees based upon actual time expended), determined by the court to have been reasonably incurred by the Plaintiff for, or in connection with the commencement and prosecution of such action, unless the court, in its discretion shall determine that such an award of attorney's fees would be inappropriate.

45. Plaintiff has afforded Defendant a reasonable number of opportunities to conform the vehicle to the aforementioned express warranties, implied warranties and contracts.

46. As a direct and proximate result of Defendant's failure to comply with the express written warranties, the Defendant has breached said warranties, has violated the Magnuson-Moss Warranty Improvement Act, the Plaintiff has suffered damages and, in accordance with 15 U.S.C. §2310(d)(1), the Plaintiff is entitled to bring suit for such damages and other legal and equitable relief.

47. At the time of obtaining possession of the vehicle and at all times subsequent thereto, Plaintiff has justifiably relied upon Defendant's express warranties and implied warranties of fitness for a particular purpose and implied warranties of merchantability.

48. At the time of obtaining possession of the vehicle and at all times subsequent thereto, Defendant was aware Plaintiff was relying upon Defendant's express and implied warranties, obligations, and representations with regard to the subject vehicle.

49. Plaintiff has incurred damages as a direct and proximate result of the breach and failure of Defendant to honor its express and implied warranties.

50. Such damages include, but are not limited to, the sales price of the vehicle plus all collateral charges, including attorney fees and costs, as well as other expenses, the full extent of which are not yet known.

51. Plaintiff avers that upon successfully prevailing upon the Magnuson-Moss claim herein, all attorney fees are recoverable and are demanded against Defendant.

WHEREFORE, Plaintiff respectfully demands judgment against Defendant in an amount equal to the price of the subject vehicle, plus all collateral charges, incidental and consequential damages, reasonable attorneys' fees, and all court costs.

## COUNT III
### PENNSYLVANIA UNFAIR TRADE PRACTICES AND CONSUMER PROTECTION LAW

52. Plaintiff hereby incorporates all facts and allegations set forth in this Complaint by reference as if fully set forth at length herein.

53. Plaintiff is a "Person" as defined by 73 P.S. §201-2(2).

54. Defendant is a "Person" as defined by 73 P.S. §201-2(2).

55. Section 201-9.2(a) of the Act authorizes a private cause of action for any person "who purchases or leases goods or services primarily for personal, family or household purposes."

56. Section 1961 of the Pennsylvania Automobile Lemon Law, provides that a violation of its provisions shall automatically constitute a violation of the Pennsylvania Unfair Trade Practices and Consumer Protection Act, 73 P.S. 201-1 et seq.

57. In addition, the Pennsylvania Unfair Trade Practices and Consumer Protection Act, 73 P.S. §201-2(4), defines "unfair or deceptive acts or practices" to include the following conduct:

(vii). Representing that goods or services are of a particular standard, quality or grade, or that goods are of a particular style or model, if they are of another;

(xiv). Failing to comply with the terms of any written guarantee or warranty given to the buyer at, prior to, or after a contract for the purchase of goods or services is made;

(xv). Knowingly misrepresenting that services, replacements or repairs are needed if they are not needed;

(xvi). Making repairs, improvements or replacements on tangible, real or personal property of a nature or quality inferior to or below the standard of that agreed to in writing;

(xvii). Engaging in any other fraudulent or deceptive conduct which creates a likelihood of confusion or of misunderstanding.

58. Plaintiff avers Defendant has violated these, as well as other provisions, of 73 P.S. §201-2 et seq.

59. Section 201-3.1 of the Act provides that the Automotive Industry Trade Practice rules and regulations adopted by the Attorney General for the enforcement of this Act shall constitute additional violations of the Act.

60. Defendant's conduct surrounding the sale and servicing of the subject vehicle falls within the aforementioned definitions of "unfair or deceptive acts or practices."

61. The Act also authorizes the Court, in its discretion, to award up to three (3) times the actual damages sustained for violations.

WHEREFORE, Plaintiff respectfully demands judgment against Defendant in an amount greater than $199,116.00, together with all collateral charges, attorneys' fees and court costs.

KIMMEL & SILVERMAN, P.C.

By: _____
ROBERT M. SILVERMAN, ESQUIRE
Attorney for Plaintiff
30 East Butler Pike
Ambler, Pennsylvania 19002
(215) 540-8888

# VERIFICATION

Robert M. Silverman, states that he is the attorney for the Plaintiff herein; that he is acquainted with the facts set forth in the foregoing Complaint; that same are true and correct to the best of his knowledge, information and belief; and that this statement is made subject to the Penalties of 18 Pa. C.S.A. §4904, relating to unsworn falsifications to authorities.

ROBERT M. SILVERMAN, ESQUIRE
Attorney for Plaintiff

# BUYERS ORDER

IT'S BETTER AT
**Fred Beans**
FAMILY OF DEALERSHIPS

FRED BEANS CHEVROLET
846 N EASTON RD
DOYLESTOWN PA 18902
215-345-7100

| VEHICLE BEING PURCHASED | | PURCHASER'S NAME | JEROME SANDERS AND ELVA SANDERS |
|---|---|---|---|

PLEASE ENTER MY ORDER FOR THE FOLLOWING: ☐ NEW ☐ CAR ☐ USED ☐ TRUCK ☐ PRIOR USE ☐ DEMO

STOCK NO. 1805

PURCHASER'S ADDRESS 1439 BROOKSIDE AVE

CITY, STATE & ZIP LANSDALE PA 19061

EMAIL JERSANDERS@AOL.COM/HOME

RESIDENCE PHONE (610)985-8144

BUSINESS PHONE (610)629-7134

MAKE CHEVROLET   YEAR 2011   MILEAGE 40

MODEL CORVETTE Z06

BODY TYPE

EXTERIOR COLOR BLUE

SERIAL # (VIN) 1G1YN3DUXB5800347

SOLD BY RAY VON   TO BE DELIVERED ON OR ABOUT 05/14/2010

| CASH DELIVERED PRICE OF VEHICLE | $ | 63500 00 |
|---|---|---|

## USED VEHICLE TRADED IN AND/OR OTHER CREDIT

MAKE   YEAR   MILEAGE

MODEL

EXT. COLOR   INT. COLOR

SERIAL NO. #

AMOUNT   GOOD UNTIL   VERIFIED BY

| THE WARRANTY GROUP | | 2390 00 |
| LESS DEALER(S) | | |
| CONSUMER CASH | ( | 3300 00) |

## 2ND USED VEHICLE TRADED IN AND/OR OTHER CREDIT

MAKE N/A   YEAR   MILEAGE

MODEL N/A

EXT. COLOR   INT. COLOR

SERIAL NO. N/A

AMOUNT N/A   GOOD UNTIL   VERIFIED BY

## COLLISION COVERAGE

NAME OF AGENT   PHONE NUMBER

ADDRESS

POLICY NUMBER   COLLISION DEDUCTIBLE

INSURANCE CO   SPOKE WITH

EFFECTIVE DATE   EXPIRATION DATE   VERIFIED BY

| CASH PRICE OF VEHICLE & ACCESSORIES | $ | 62590 00 |
|---|---|---|
| TOTAL PRICE | ◄ | 62590 |
| LESS TRADE #1 | ( | 00) |
| LESS TRADE #2 | ( | 00) |
| NET TAXABLE | | 62590 00 |
| SALES TAX | ► | |
| TIRE TAX | | |
| TAG | | |

## WARRANTY INFORMATION

☐ FACTORY WARRANTY: The manufacturer's warranty constitutes all of the warranties with respect to the sale of this item/items. The seller hereby expressly disclaims all warranties, either expressed or implied including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

☐ USED CAR WARRANTY: Used car is covered by a limited warranty detailed in a separate document. You may obtain a full copy of any applicable warranty from us.

☐ AS IS: THIS MOTOR VEHICLE IS SOLD "AS IS" WITHOUT ANY WARRANTY EITHER EXPRESSED OR IMPLIED. THE PURCHASER WILL BEAR THE ENTIRE EXPENSE OF REPAIRING OR CORRECTING ANY DEFECT THAT PRESENTLY EXISTS OR THAT MAY OCCUR IN THE VEHICLE.

USED CAR BUYERS GUIDE: THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THE CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.

GUIA PARA COMPRADORES DE VEHICULOS USADOS: LA INFORMACION QUE VE EN EL FORMULARIO DE LA VENTANILLA PARA ESTE VEHICULO FORMA PARTE DEL PRESENTE CONTRATO. LA INFORMACION DEL FORMULARIO DE LA VENTANILLA DEJA SIN EFECTO TODA DISPOSICION EN CONTRARIO CONTENIDA EN EL CONTRATO DE VENTA.

If you cancel this purchase agreement or refuse to take delivery of the vehicle ordered, except as permitted by law, you shall, at our option, forfeit as damages the amount of $

| STATE MOTOR VEHICLE FEES: | | |
|---|---|---|
| TITLE | LIEN | TRANSFER |
| REG. (GVW) | CLASS | |
| TEMP. PLATE ( METAL TRANSIT) | | 30 00 |
| DOCUMENTATION | | |
| MESSENGER | XXXXXXXX LOCAL COUNTY FEE | |
| ON LINE REGISTRATION | | |

PURCHASER'S SIGNATURE X _____   Purchaser hereby acknowledges to the above statement

| PRICE OF UNIT | $ | 66000 00 |
|---|---|---|

USED TRADE IN ALLOWANCE ► $

LESS PAYOFF

TRADE IN (Transferred from Left Column) ► $

PLAINTIFF'S EXHIBIT
A
ALL-STATE LEGAL

# BUYERS ORDER

**FredBeans**

DEAL: 77940    CUST: 19041B

## VEHICLE BEING PURCHASED

| | |
|---|---|
| PLEASE ENTER MY ORDER FOR THE FOLLOWING: | ☑ NEW  ☐ USED  ☐ PRIOR USE |
| | ☐ CAR  ☐ TRUCK  ☐ DEMO  STOCK NO. C80358 |

CHEVROLET   2018   MILEAGE 07
EXPRESS 2500
BODY TYPE

EXTERIOR COLOR/TRIM: **BROWNSTONE FADE**
1GCWGBF64J1168340

SOLD BY DAVIS, RICHARD   TO BE DELIVERED ON OR ABOUT 06/11/2018

PURCHASER'S NAME: JEROME SANDERS / ANA ELVA SANDERS
PURCHASER'S ADDRESS: 1439 BROOKSIDE AVE
CITY, STATE & ZIP: LINWOOD  PA   19081
E-MAIL: JERSANDERS@AOL.COM  HOME
RESIDENCE PHONE: (610)985-8144
BUSINESS PHONE: (610)829-7134

CASH DELIVERED PRICE OF VEHICLE   $ 63500 00

## USED VEHICLE TRADED IN AND/OR OTHER CREDIT

MAKE N/A    YEAR    MILEAGE

EXT. COLOR    INT. COLOR N/A

SER/VIN NO.

AMOUNT N/A    GOOD UNTIL    VERIFIED BY

THE WARRANTY GROUP   2350 00
LESS REBATE(S)
CONSUMER CASH   ( 3500 00)

## 2ND USED VEHICLE TRADED IN AND/OR OTHER CREDIT

MAKE N/A    YEAR    MILEAGE

EXT. COLOR N/A    INT. COLOR

SER/VIN NO.

AMOUNT N/A    GOOD UNTIL    VERIFIED BY

## COLLISION COVERAGE

| | | |
|---|---|---|
| CASH PRICE OF VEHICLE & ACCESSORIES | $ | 62045 00 |
| TOTAL PRICE | 62045 00 | |
| LESS TRADE #1 | ( 0.00 ) | |
| LESS TRADE #2 | ( 0.00 ) | |
| NET TAXABLE | 62045 00 | |
| SALES TAX | | 3,722 00 |
| TIRE TAX | | 5.00 |
| PA | | |
| STATE MOTOR VEHICLE FEES: | $ | 76 00 |
| TITLE 53.00  LIEN 25.00  TRANSFER N/A | | |
| REG. (GVWR    CLASS 0) | | 97 00 |
| TEMP. PLATE ( METAL  TRANSIT) | | 30 00 |
| DOCUMENTATION | | 141 00 |
| MESSENGER  XXXXX LOCAL COUNTY FEE | | 5 00 |
| ON-LINE REGISTRATION | | 16 55 |
| NOTARY | | |
| TOTAL PRICE OF UNIT | $ | 66,372 55 |
| NET TRADE IN (Transferred from Left Column) | | |
| DEPOSIT | $ | N/A |
| CASH AT DELIVERY | + | N/A |
| TOTAL DOWN PAYMENT | - | N/A |
| TOTAL BALANCE DUE/AMOUNT FINANCED | $ | 66,372 00 |

## WARRANTY INFORMATION

☐ FACTORY WARRANTY: ...
☐ USED CAR WARRANTY: ...
☐ AS IS: ...

USED CAR BUYERS GUIDE: ...

GUIA PARA COMPRADORES DE VEHICULOS USADOS. ...

## USED TRADE-IN ALLOWANCE   N/A

LESS PAYOFF*   N/A

NET TRADE IN   $   N/A

BALANCE OWED TO:   N/A

ACCT. NO.

ADDRESS

PURCHASER'S SIGNATURE X

PURCHASER'S SIGNATURE X  DATE 06/11/2018
ACCEPTED BY (Delr)
PER (Date & Time) 06/11/2018

```
GAZ                              /V8G
93G  MEDIUM PEWTER                    RENAISSAN
ORDER NO. VPVKGW/TSR   STOCK NO.      DETROIT
VIN.1GC.WGBE.G4 J1168340  C 80356     VEHICLE I
************************************************G
MODEL & FACTORY OPTIONS          MSRP    INV AMT
CG23705 EXPRESS 2500 EXT WB WORK 33155.00 30834.16
AG1 POWER SEAT ADJUST-DRIVER 6 WAY 275.00  250.25
AG2 POWER SEAT ADJUST-FRONT        275.00  250.25
    PASSENGER 6-WAY
AJ1 DEEP TINTED GLASS              440.00  400.40
ASP SEATS, CUSTOM CLOTH LEATHER    135.00  122.85
A19 SWING OUT SIDE DOOR GLASS      160.00  145.60
C6P 8,600 LB GVW                   N/C      N/C
GU6 REAR AXLE - 3.42 RATIO         N/C      N/C
KG4 150-AMP ALTERNATOR              75.00   68.25
L96 ENGINE 6.0L VORTEC V8          N/C      N/C
MYD 6-SPEED AUTOMATIC TRANSMISSION N/C      N/C
NE1 50-STATE EMISSIONS             N/C      N/C
NP5 STEERING WHEEL, LEATHER        185.00  168.35
U07 REAR PARK ASSIST               295.00  268.45
UFA OUTSIDE TEMPERATURE DISPLAY     10.00    9.10
UFT SIDE BLIND ZONE ALERT          395.00  359.45
UI8 CHEVROLET MYLINK RADIO        1025.00  932.75
    WITH NAVIGATION
    (REPLACES STD/OPT/PKG RADIO)
ZL3 ENHANCED CONVENIENCE PACKAGE  2375.00 2161.25
    INCLUDES:
      *ENGINE 6.0L VORTEC V8
      *REMOTE KEYLESS ENTRY
      *REMOTE VEHICLE STARTER SYSTEM
      *POWER HEATED OUTSIDE MIRRORS
      *COMMERCIAL LINK (12 MONTHS)
      *HEAVY DUTY TRAILERING EQUIP.
      *DRIVER CONVENIENCE PACKAGE INC
        **TILT WHEEL
        **CRUISE CONTROL
ZP6 CARGO CREW VAN PACKAGE        1983.00 1786.33
      *SEATING, 5 PASSENGER
      * FIXED FULL-BODY WINDOW PKG
        GLASS
      * AUXILLIARY LIGHTING
      * AIR CONDITIONG, REAR
ZR7 CHROME APPEARANCE PACKAGE      355.00  323.05
1SZ ENHANCED CONVENIENCE PKG     1000.00- 910.00-
    SAVINGS
TOTAL MODEL & OPTIONS           40118.00 37170.49
DESTINATION CHARGE               1195.00  1195.00


TOTAL                           41313.00 38365.49
```



**EXPLORER VAN COMPANY, INC.**
2749 N. FOX FARM RD.
WARSAW, IN 46580
574-267-7666

"America's Van"

| PLEASE REMIT TO |
| --- |
| EXPLORER VAN COMPANY, INC. |
| P.O. BOX 4527 |
| WARSAW, IN 46581-4527 |

# INVOICE

| INVOICE NO. |
| --- |
| 148884 |

C80356

| BILL TO | SHIP TO |
| --- | --- |
| FRED BEANS CHEVROLET | FRED BEANS CHEVROLET |
| 845 N EASTON RD | 845 N. EASTON RD |
| DOYLESTOWN     PA 18901 | DOYLESTOWN     PA 18901 |

PHONE: 215-348-3586    FAX: 267-224-2289    accountspayable@fredbeans.com

| ORDER # | ORDER DATE | DEALER PO | SALESMAN | DEALER NO. | DELIVERY DATE | TERMS | | REGION |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 119776 | | | 308 | 360360 | | | | 16   BRIAN |

| SERIAL NO. | VEHICLE IDENTIFICATION NO. | | COLOR | |
| --- | --- | --- | --- | --- |
| 1116B340 | 1GCWGBFG4J1168340 | | INT: ANTELOPE | |
| | | | 2018 CHEVY EXPRESS CG2370 | |

| LINE ITEM | LINE ITEM DESCRIPTION | QTY | UNIT PRICE | DEALER PRICE | SUGG. PRICE |
| --- | --- | --- | --- | --- | --- |
| 18CHEV | EXPLORER SPECIAL EDITION | 1 | 8,695.00 | 8,695.00 | |
| O 1000 | "MEDALLION SERIES" | 1 | 1,395.00 | 1,395.00 | |
| | WRAP-AROUND GROUND EFFECTS | | | | |
| O 3040 | FULL FRONT BUMPER COVER | 1 | 250.00 | 250.00 | |
| O 1302 | VISTA CRUSIER SPORT ROOF WITH | 1 | 3,995.00 | 3,995.00 | |
| | FULL PANORAMIC AUTOM. GLASS | | | | |
| O 1200 | LEATHER SEATING | 1 | 750.00 | 750.00 | |
| O 2500 | HEATED SEATS - 2 FRONT | 1 | 150.00 | 150.00 | |
| O 380 | SWIVEL MIDDLE CAPTAIN CHAIRS | 1 | 100.00 | 100.00 | |
| O 2252 | FRONT STEREO SUB-WOOFER W/ AMP | 1 | 275.00 | 275.00 | |
| O 2487 | USB CHARGING PORT | 1 | 75.00 | 75.00 | |
| O 2455 | HOMELINK IN VISOR | 1 | 150.00 | 150.00 | |
| O 2131 | 29" SAMSUNG HDTV W/ BLU RAY | 1 | 1,400.00 | 1,400.00 | |
| | DVD & HDMI COMPONET | | | | |
| O 1110 | 110 GAME OUTLET WITH INVERTER | 1 | 150.00 | 150.00 | |
| O 1755 | 20" CHROME WHEELS & LUG-ZIEX | 1 | 1,995.00 | 1,995.00 | |
| | S/TZ05 265/50R20 111H | | | | |
| O 1758 | TOURING SUSPENSION EATON SOFT | 1 | 395.00 | 395.00 | |
| | RIDE SUSPENSION ENHANCEMENT | | | | |
| O 3700 | "X-SE" VALUE PACKAGE INCL:11-19 | 1 | 5,200.00 | 5,200.00 | |
| O 3800 | LESS VALUE PACKAGE DISCOUNT | 1 | 2,425.00- | 2,425.00- | |
| O 955 | EXTENDED 9 PASSANGER PKG | 1 | 1,900.00 | 1,900.00 | |
| O 89 | SPECIAL FADE PAINT | 1 | 1,350.00 | 1,350.00 | |
| O 5993A | 2 EXTRA SETS OF HEADPHONES | 1 | 50.00 | 50.00 | |
| F FM | FREIGHT | | 500.00 | 500.00 | |

OK TO *[signature]*

TOTAL FREIGHT                    500.00

*We Appreciate Your Business!*

| TOTAL AMOUNT DUE |
| --- |
| 26,350.00 |


# Application for Certificate of Title
ATTACH PROOF OF OWNERSHIP • TYPE OR PRINT
MAKE CHECK PAYABLE TO COMMONWEALTH OF PENNSYLVANIA

Bureau of Motor Vehicles
P.O. Box 68591
Harrisburg, PA 17106-8591
www.dmv.state.pa.us

## No. G134408

MV-1 (10-14)

**A. VEHICLE**
| MAKE OF VEHICLE | VEHICLE IDENTIFICATION NUMBER (VIN) | BODY TYPE (SDN, TK, BUS, ETC) | MODEL YEAR | H. TAX/FEES |
|---|---|---|---|---|
| CHEVROLET | 1G1WB5E33C1166340 | CG | 20 | 62350 00 |

| GROSS VEHICLE WT RATING | FUEL TYPE: ☐ GASOLINE ☐ HYBRID ☐ DIESEL ☐ ELECTRIC ☐ OTHER ☐ PROPANE ☐ NATURAL GAS | DIMENSIONS 85-8561 | AUTHORIZED NOTARY PUBLIC OR CERTIFIED INSPECTION MECHANIC (PRINT NAME) | LESS TRADE-IN 0 00 |

CHECK THE APPROPRIATE BLOCK IF THE VEHICLE IS TO BE USED OR WAS FORMERLY USED AS A ☐ TAXI OR ☐ POLICE VEHICLE (IF APPLICABLE)    ► SIGN HERE

TAXABLE AMOUNT 62350 00

**B. APPLICANT**
| LAST NAME (OR FULL BUSINESS NAME) | FIRST NAME | MIDDLE NAME | PA DL/PHOTO ID# OR | DATE OF BIRTH | SALES TAX |
|---|---|---|---|---|---|
| SANDERS JEROME | | | 22555833 | 09/12/5 | 3741 00 |
| CO-PURCHASER LAST NAME | FIRST NAME | MIDDLE NAME | PA DL/PHOTO ID# | DATE OF BIRTH | N/A |
| SANDERS ANA ELVA | | | 22555836 | 09/06/5 | SALES TAX CREDIT |

| STREET | DATE ACQUIRED (PURCHASED) | COUNTY CODE | I. SALES TAX DUE |
|---|---|---|---|
| 1439 BROOKSIDE AVE | 06/14/201 | | 3741 00 |

| CITY | STATE | ZIP CODE | DEALER ID NUMBER (IF APPLICABLE) |
|---|---|---|---|
| LINWOOD PA | 19061 | 85-8561 |

REFER TO COUNTY CODES LISTING ON REVERSE SIDE OF YELLOW COPY

NOTE: If a co-purchaser other than your spouse is listed and you want the title to be listed as "Joint Tenants With Right of Survivorship" (On death of one owner, title goes to surviving owner) CHECK HERE ☐. Otherwise, the title will be issued as "Tenants in Common" (On death of one owner, interest of deceased owner goes to his/her heirs or estate).

TAX EXEMPTION REASON CODE

TAX EXEMPTION

NOTE: IF THE VEHICLE IS TO BE USED AS A DAILY RENTAL OR LEASED VEHICLE, CHECK THIS BLOCK ☐. IF BLOCK IS CHECKED, COMPLETE AND ATTACH FORM MV-11.

**C. ODOMETER INFORMATION**
☐ REFLECTS THE AMOUNT OF MILEAGE IN EXCESS OF ITS MECHANICAL LIMITS
☐ IS NOT THE ACTUAL MILEAGE WARNING: ODOMETER DISCREPANCY

ODOMETER READING 0 0 0 0 9 TENTHS ☒

WARNING: FEDERAL AND STATE LAWS REQUIRE THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

2. TITLE FEE 53 00

**D. LIENHOLDER**
| IF NO LIEN, CHECK ☐ | IS THIS AN ELT? ☐ YES ☐ NO | IS THIS AN ELT? (IF YES, FIN REQUIRED) ☐ YES ☐ NO | 3. LIEN FEE 25 00 |
|---|---|---|---|
| 1ST LIENHOLDER FINANCIAL INSTITUTION NUMBER | | 2ND LIENHOLDER FINANCIAL INSTITUTION NUMBER | 4. REGISTRATION OR PROCESSING FEE 37 00 |

| 1ST LIENHOLDER NAME | 2ND LIENHOLDER NAME | FEE EXEMPT (VEHICLE AS ASSIGNED BY THE DEPARTMENT) N/A |
|---|---|---|
| SUN FEDERAL CREDIT UNION | | |

| STREET | STREET | 5. COUNTY FEE 5 00 |
|---|---|---|
| 1627 HOLLAND RD | | |

| CITY | STATE | ZIP CODE | STATE | ZIP CODE |
|---|---|---|---|---|
| MAUMEE | OH | 43537 | | |

**E. TRAILER**
| MAKE OF VEHICLE | VEHICLE IDENTIFICATION NUMBER (VIN) | MODEL YEAR | 6. DUPLICATE REG. FEE NO. OF CARDS: N/A |
|---|---|---|---|
| BODY TYPE (SDN, BUS, TK, ETC) | CONDITION OF VEHICLE ☐ GOOD ☐ FAIR ☐ POOR | | |

**F. VEHICLE INFORMATION**
| PASSENGER TAXI/BUS ► | ☐ PASSENGER ☐ TAXI ☐ LIMOUSINE ☐ SCHOOL BUS ☐ MASS TRANSIT ☐ OTHER BUS | SEATING CAPACITY | 7. TRANSFER FEE N/A |
|---|---|---|---|
| MOTORCYCLE MOTOR DRIVEN CYCLE ► | CYLINDER CAPACITY 5CC OR LESS ☐ YES ☐ NO | BRAKE HORSEPOWER 1.5 OR LESS ☐ 1.5 TO 5.0 ☐ OVER 5.0 | |
| | OPERABLE PEDALS ☐ YES ☐ NO | MAX DESIGN SPEED 25 MPH OR LESS ☐ YES ☐ NO | 8. INCREASE FEE N/A |
| | AUTOMATIC TRANSMISSION ☐ YES ☐ NO | DESIGNED/ALTERED FOR ROAD USE ☐ YES ☐ NO | |
| MOTOR HOME ► | CHASSIS MFR. | BODY MAKE | 9. REPLACEMENT FEE N/A |
| TRAILER & VEHICLES BELOW ► | NUMBER OF AXLES | REG. REGISTERED GROSS WT. (INCLUDING LOAD) | |
| | SUM OF GAWRS | UNLADEN WT. (EMPTY) | 10. TOTAL PAID (ADD 1 THRU 9) 3861 00 |
| TRUCK TRUCK TRACTOR ► | REG. REGISTERED GROSS COMBINATION WT. | GROSS COMBINATION WT. RATING | Send One Check In This Amount |

**G. REGISTRATION**
| ORIGINAL PLATE – CHECK ONE ☐ PLATE TO BE ISSUED BY DEPARTMENT (PROOF OF INSURANCE MUST BE ATTACHED) | ☐ TRANSFER OF PREVIOUSLY ISSUED PLATE | ☐ TRANSFER & REPLACEMENT OF PLATE |
|---|---|---|
| | ☐ TRANSFER A RENEWAL OF PLATE | ☐ TRANSFER OF PLATE & REPLACEMENT OF STICKER |
| ☐ EXCHANGE PLATE TO BE ISSUED BY DEPARTMENT | PLATE NO. | REASON FOR REPLACEMENT |
| ☐ TEMPORARY PLATE ISSUED | EXPIRES Month ___ Year ___ | ☐ LOST ☐ DEFACED ☐ STOLEN ☐ NEVER RECEIVED (Lost in Mail) |
| ☐ BY FULL AGENT (Note: This plate will expire 90 days from date of issuance) | TRANSFERRED FROM TITLE NO. | NOTE: If "NEVER RECEIVED" block is checked, applicant must complete Form MV-44. VIN: |

| TEMP. PLATE NO. | SIGNATURE OF PERSON FROM WHICH PLATE IS BEING TRANSFERRED, IF OTHER THAN APPLICANT | SIGN HERE | RELATIONSHIP TO APPLICANT |
|---|---|---|---|

| INSURANCE COMPANY NAME | NAIC NO. | POLICY NO. (OR ATTACH BINDER) | POLICY EFFECTIVE DATE | POLICY EXPIRATION DATE |
|---|---|---|---|---|
| ALLSTATE | | 098439464 | 06/03/1 | 12/03/18 |

**ISSUING AGENT INFORMATION**
I CERTIFY THAT ON MONTH ___ JUN DAY ___ YEAR ___ 1 HAVE CHECKED TO DETERMINE THAT THE VEHICLE IS INSURED AND ISSUED TEMPORARY REGISTRATION TO THE ABOVE APPLICANT, IN COMPLIANCE WITH ALL APPLICABLE PROVISIONS OF THE VEHICLE CODE AND DEPARTMENT REGULATIONS.

| ISSUING AGENT (PRINT NAME) | AGENT NO. |
|---|---|
| FRED BEANS CHEVROLET | 85-8561 |
| ISSUING AGENT SIGNATURE | TELEPHONE NO. |
| | J2153457100 |

**I. NOTARY**
SUBSCRIBED AND SWORN TO BEFORE ME:
MONTH ___ JUNY DAY ___ 14 YEAR ___

I/WE CERTIFY THAT I/WE HAVE EXAMINED AND SIGNED THIS APPLICATION AFTER ITS COMPLETION. I/WE FURTHER CERTIFY THAT ALL STATEMENTS HEREIN ARE TRUE AND CORRECT AND MAKE APPLICATION FOR A CERTIFICATE OF TITLE FOR THE VEHICLE DESCRIBED. IF BLOCK "A," IF ANY EXEMPTION IS CLAIMED, THE PURCHASER FURTHER CERTIFIES THAT HE/SHE IS AUTHORIZED TO CLAIM THIS EXEMPTION. I/WE ACKNOWLEDGE THAT I/WE MAY LOSE MY/OUR OPERATING PRIVILEGE(S) OR VEHICLE REGISTRATION FOR: FAILURE TO MAINTAIN FINANCIAL RESPONSIBILITY OR THE CURRENTLY REGISTERED VEHICLE FOR THE PERIOD OF REGISTRATION. I/WE ACKNOWLEDGE THAT I/WE MAY BE SUBJECT TO A FINE NOT EXCEEDING $5,000 AND IMPRISONMENT OF NOT MORE THAN TWO YEARS FOR ANY FALSE STATEMENT THAT I/WE MAKE ON THIS APPLICATION.

SIGNATURE OF PERSON ADMINISTERING OATH

FRED BEANS CHEVROLET
**SIGN IN PRESENCE OF NOTARY**

Signature of Purchaser / Authorized Signer          Telephone No.

**Fred Beans**
Everything Automotive

CUSTOMER #: 190418                    441025
UNIT# 000858926
                                      INVOICE                    Chevrolet of Doylestown
JEROME SANDERS                                                   846 N. Easton Road · Doylestown, PA 18902
1439 BROOKSIDE AVE                                              Phone: (215) 345-7100 · Fax: (215) 345-8344
LINWOOD, PA 19061-4135                    PAGE 1                       www.fredbeans.com
HOME:610-485-6144 CONT:610-485-6144
BUS: 610-529-7134 CELL:610-529-7134      SERVICE ADVISOR: 1972 BRUCE KENSON

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| SUMMIT WHI | 18 | CHEVROLET EXPRESS 25 | 1GCWGBFG4J1168340 | | 411/412 | T4194 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 14JUN18 IS | | | | | | CASH | |
| 14JUN18 DO | 13FEB18 | | 16:45 27JUL18 | | | | 31JUL18 |

| R.O. OPENED | | READY | OPTIONS:  SOLD-STK:C80356 DLR:113823 |
|---|---|---|---|
| | | | ENG:L96 VORTEC 6.0L V8 SFI FLEXFUEL |
| 10:42 27JUL18 | 16:37 31JUL18 | | TRN:MYD ELECTRONIC 6-SPEED HD AUTO W/OD    (More...) |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|

A CUSTOMER STATES DRIVERS FRONT TIRE IS LOSING AIR. CHECK ALL TIRE
    PRESSURES.
CAUSE: REMIOVE LARGE THREADED BOLT FROM TIRE AND PATCH STILL LEAKING
       TRY AGAI ANR STIL NO FIX
    MA46 Tire - Repair
         72    INP                                              (N/C)
    1 710-1642 PATCH                                            (N/C)
    1 TIRE                                                      (N/C)
    LANDSAIL LS588
    1 TD-Tire DISCOUNT                                          (N/C)
    1 TT Tire Tax                                               (N/C)
PARTS:    0.00  LABOR:           OTHER:            TOTAL LINE A:    0.00
411 REMIOVE LARGE THREADED BOLT FROM TIRE AND PATCH STILL LEAKING
TRY AGAI ANR STIL NOFIX, REPAIR TIRE MOUNT AND BLANCE
    ***********
B CUSTOMER STATES WATER IS LEAKING INTO VEHICLE  EVIDENCE OF STAINS ON
    DRIVER SIDE LOWER WALL BHIND DRIVERS SEAT. WATER WAS FOUND ON
    SIDE OF DRIVERS HEADREST AND ON FLOOR JUST IN FRONT OF 2ND ROW
    DRIVER SIDE SEAT. VEHICLE WAS SITTING WHEN THIS HAPPENED AND IS
    PARKED NOSE DOWN ON A VERY SLIGHT INCLINE
CAUSE: WATER LEAK HEAVY BEHIND DRIVERS SEAT FROM ROOF
    BY001 CUSTOMER STATES WATER IS LEAKING INTO
         VEHICLE, EVIDENCE OF STAINS ON DRIVER SIDE
         LOWER WALL BHIND DRIVERS SEAT. WATER WAS
         FOUND ON SIDE OF DRIVERS HEADREST AND ON
         FLOOR JUST IN FRONT OF 2ND ROW DRIVER SIDE
         SEAT. VEHICLE WAS SITTING WHEN THIS HAPPENED
         AND IS PARKED NOSE DOWN ON A VERY SLIGHT
         INCLINE
         72    INP                                              (N/C)
PARTS:    0.00  LABOR:      0.00  OTHER:      0.00   TOTAL LINE B:    0.00
411 WATER LEAK HEAVY BEHIND DRIVERS SEAT FROM ROOF REMOVE NEEDED
TRIM AND WATER AND LEAK TEST VAN, WATER LEAKING FROM GLASS ROOF PANELS
NOT SEALED AT ROOF SENDING BACK TO EXPLORER PLANT TO REPAIR

YOUR STATE INSPECTION EXPIRES_____

| TIRES | BRAKES | ANTIFREEZE PROTECTION |
|---|---|---|
| + | + | |

YOUR VEHICLE IS PARKED IN SPOT

#_____

DISCLAIMER OF WARRANTIES
Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of such products.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| LESS DISCOUNT | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

PLAINTIFF'S EXHIBIT
B
ALL-STATE LEGAL

CUSTOMER #: 190418                          441025
UNIT# 000858926



**INVOICE**

JEROME SANDERS
1439 BROOKSIDE AVE                          Chevrolet of Doylestown
LINWOOD, PA 19061-4135                      845 N. Easton Road · Doylestown, PA 18902
HOME:610-485-6144  CONT:610-485-6144        **PAGE 2**   Phone: (215) 345-7100 · Fax: (215) 345-8344
BUS: 610-529-7134  CELL:610-529-7134        www.fredbeans.com
                                            SERVICE ADVISOR: 1972 BRUCE KENSON

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| SUMMIT WHI | 18 | CHEVROLET EXPRESS 25 | 1GCWGBFG4J1168340 | | 411/412 | T4194 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 14JUN18 IS | | | | | | | |
| 14JUN18 DE | 13FEB18 | | 16:45 27JUL18 | | | CASH | 31JUL18 |

| R.O. OPENED | READY | OPTIONS: | SOLD-STK:C80356 DLR:113823 |
|---|---|---|---|
| 10:42 27JUL18 | 16:37 31JUL18 | ENG:L96 VORTEC 6.0L V8 SFI FLEXFUEL | |

TRN:MYD ELECTRONIC 6-SPEED HD AUTO W/OD  (More...)

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|
| C MULTI-POINT INSPECTION NOT PERFORMED AT THIS TIME | | | |

    D99P MULTI-POINT INSPECTION NOT PERFORMED AT THIS
         TIME
                 72   INP                                        (N/C)
PARTS:        0.00   LABOR:      0.00   OTHER:      0.00   TOTAL LINE C:    0.00
              ***********************************************

EST: 0.00              27JUL18 10:42   SA: 1972

COMPANY NAME
COMPANY PHONE
POLICY NUMBER
POLICY TERM
EFFECTIVE DATE
DEDUCTIBLE
MILEAGE LIMIT
BEGIN MILES
END MILES
COMPONENTS

    CHARGE TO NEW CAR POLICY PER
    RICH DAVIS

---

| | | |
|---|---|---|
| YOUR STATE INSPECTION EXPIRES____ | **DISCLAIMER OF WARRANTIES** | **DESCRIPTION** / **TOTALS** |
| TIRES   BRAKES   ANTIFREEZE PROTECTION | Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the | |

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| LESS DISCOUNT | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

YOUR VEHICLE IS PARKED IN SPOT  ✓

# _____                    CUSTOMER SIGNATURE

Copyright 1994 HP Inc.  SERVICE INVOICE TYPE 2 P/BUC

                        **CUSTOMER COPY**

THOMAS CHEVROLET, INC
1263 W. BALTIMORE PK
MEDIA, PA 19063
610-566-8600
WWW.THOMASCHEVY.COM

84078 SAN

| JEROME & ANA SANDERS | VEHICLE ID | | MILES IN | MILES OUT | DATE/TIME IN | DATE OUT | INVOICE NO. |
|---|---|---|---|---|---|---|---|
| 1439 BROOKSIDE AVE | 1GCWGBFG4J1168340 | | 1415 | 1415 | 11/15/18 07:48 | 11/26/18 | 84078 |
| MARCUS HOOK, PA 19061 | VEHICLE DESCRIPTION | | | | | TAG NO. | STATUS |
| JERSANDERS@AOL.COM | 2018 CHEVROLET EXPRESS G2 | | | | | 00220 | PARTIAL-COMPLETE-P |

| CONTROL NO. | LICENSE PLATE NO. | CUST. LABOR RATE | PROD. DATE | IN-SERV DATE | DELIV. DATE | DELIV. MILES | TERMS |
|---|---|---|---|---|---|---|---|
| SAN243730 | | VARY | | 06/11/18 | | | Cash |
| HOME PHONE | WORK PHONE | CELL PHONE | STOCK NO. | SERV. ADV. | | BO COMMENT | |
| (610) 485-6144 | | (610) 529-7184 | | HEPSEY SHIPMAN (86) | | | |

| Line | Op-Code | Fail Code | Tech | Hours | Type | Amount |
|---|---|---|---|---|---|---|
| A | MULTI | | A75 | | Customer | $0.00 |

Concern  27-Point Multi Point Inspection
Cause  Tech completed a 27-Point Multi Point Inspection

Line Total... $0.00

| B | 9104102 | | A75 | | Warranty | |
|---|---|---|---|---|---|---|

Concern  18299: ZPSR - Product Safety Recall - Rear HVAC Controller Fire - (09/21/2018)
Correction  18299: ZPSR - Product Safety Recall - Rear HVAC Controller Fire - (09/21/2018)

| C | MB4 | | A75 | | Customer | $88.00 |
|---|---|---|---|---|---|---|

Concern  Customer states all tires are loosing air. Was told by another shop they are leaking from around the rims.
Cause  Tech found shifted belt on passenger front tire. Called Explorer Conversion van. Explorer sent 4 new tires to install on vehicle for customer satisfaction
Correction  Tech installed four new tires on vehicle.

| Misc. Code | Description | Qty. | Unit Price | Ext. Price |
|---|---|---|---|---|
| T TX | tire tax 4 tires | 1.0 | $4.00 | $4.00 |
| DSP 4 | 4 tire disposal fee | 1.0 | $8.00 | $8.00 |
| | | | Misc Total... | $12.00 |

Line Total... $100.00

| D | | | A75 | | Customer | $0.00 |
|---|---|---|---|---|---|---|

Concern  Customer states vehicle is pulling to the right
Correction  Will reschedule customer to return for alignment

Line Total... $0.00

| E | | | A75 | | Customer | $0.00 |
|---|---|---|---|---|---|---|

Concern  Tires covered by Explorer 800-926-7878. No charge to customer. PO 20645

Line Total... $0.00

PLAINTIFF'S
EXHIBIT
C
ALL-STATE LEGAL®

...OMER COPY

JEROME & ANA SANDERS
1439 BROOKSIDE AVE
MARCUS HOOK, PA 19061
JERSANDERS@AOL.COM

| VEHICLE ID | | MILES IN | MILES OUT | DATE/TIME IN | DATE OUT | INVOICE NO. |
|---|---|---|---|---|---|---|
| 1GCWGBFG4J1168340 | | 1415 | 1415 | 11/15/18 07:48 | 11/26/18 | 84078 |

| VEHICLE DESCRIPTION | | | | TAG NO. | STATUS |
|---|---|---|---|---|---|
| 2018 CHEVROLET EXPRESS G2 | | | | 00220 | **PARTIAL-COMPLETE-P** |

| CONTROL NO. | LICENSE PLATE NO. | CUST. LABOR RATE | PROD. DATE | IN-SERV DATE | DELIV. DATE | DELIV. MILES | TERMS |
|---|---|---|---|---|---|---|---|
| SAN243730 | | VARY | | 06/11/18 | | | Cash |

| HOME PHONE | WORK PHONE | CELL PHONE | STOCK NO. | SERV. ADV. | RO COMMENT |
|---|---|---|---|---|---|
| (610) 485-6144 | | (610) 529-7134 | | HEPSEY SHIPMAN (88) | |

Totals

| | Amount |
|---|---|
| Labor | $88.00 |
| Shop Charge | $2.64 |
| Sales Tax | $5.44 |
| Misc Tax | $4.00 |
| Misc. Chg | $8.00 |
| Total Amount Due | $108.08 |
| | |
| TOTAL CREDIT CARD | $108.08 |

THOMAS CHEVROLET, INC
1263 W. BALTIMORE PK
MEDIA, PA 19063
610-566-8600
WWW.THOMASCHEVY.COM

84480 SAN

| JEROME & ANA SANDERS | VEHICLE ID | MILES IN | MILES OUT | DATE/TIME IN | DATE OUT | INVOICE NO. |
|---|---|---|---|---|---|---|
| 1439 BROOKSIDE AVE | 1GCWGBFG4J1166340 | 1448 | 1448 | 11/29/18 07:52 | 11/29/18 | 84480 |
| MARCUS HOOK, PA 19061 | VEHICLE DESCRIPTION | | | TAG NO. | | STATUS |
| JERSANDERS@AOL.COM | 2018 CHEVROLET EXPRESS G2 | | | 00332 | | PARTIAL-COMPLETE-P |

| CONTROL NO. | LICENSE PLATE NO. | CUST. LABOR RATE | PROD. DATE | IN-SERV DATE | DELIV. DATE | DELIV. MILES | TERMS |
|---|---|---|---|---|---|---|---|
| SAN243730 | | VARY | | 06/11/18 | | | No Charge |

| HOME PHONE | WORK PHONE | CELL PHONE | STOCK NO. | SERV. ADV. | RO COMMENT |
|---|---|---|---|---|---|
| (610) 485-6144 | | (610) 529-7134 | | HEPSEY SHIPMAN (86) | |

| Line | Op-Code | Fail Code | Tech | Hours | Type | | Amount |
|---|---|---|---|---|---|---|---|
| A | MUL | | A46 | | Customer | | $0.00 |

Concern 27-Point Multi Point Inspection
Cause Tech completed a 27-Point Multi Point Inspection

Line Total... $0.00

| Line | Op-Code | Fail Code | Tech | Hours | Type | Amount |
|---|---|---|---|---|---|---|
| B | 0665308 | | A46 | | Warranty | |

Concern Perform 2 wheel alignment
Correction Tech performed a front end alignment & set camber, caster & toe within factory specifications

| | Totals | |
|---|---|---|
| | | Amount |
| Total Amount Due | | $0.00 |
| TOTAL CUSTOMER | | No Charge |

PLAINTIFF'S
EXHIBIT

D

ALL-STATE LEGAL

VIN:                 1GCWGBFG4J1168340
Year:                18
Date:                11/29/18 12:37 PM



1GCWGBFG4J1168340

## Chevrolet 2018 Express/Van 2500/3500
## ExpressAlign Total Alignment



* The steering wheel was not level before the  lignment. Toe adjustments are required.
* The steering wheel is currently not level. T  adjustments are required.
* One or more values are not within specifica  n. Tire wear, handling and safety problems may result.

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JEROME E. SANDERS,
1439 Brookside Avenue
Linwood, PA 19061

              Plaintiff,

    vs.

EXPLORER VANS,
2749 N. Fox Farm Road
Warsaw, IN 46580

              Defendants.

:
:
:
:
:
:
:
:
:
:
:

CIVIL ACTION NO.

**NOTICE OF FILING OF NOTICE OF REMOVAL**

To:    Robert M. Silverman, Esq.
        Kimmel & Silverman, P.C.
        30 East Butler Pike
        Ambler, PA 19002



**PLEASE TAKE NOTICE** that Defendant Explorer Van Company, has, on this

23rd day of May, 2019 filed a Notice of Removal, a copy of which is attached hereto, by

Overnight Mail in the United States District Court for the Eastern District of

Pennsylvania. You are advised that, upon filing of said Notice of Removal, a copy of the

Notice has been filed with the Court of Common Pleas of the First Judicial District of the

Commonwealth of Pennsylvania (Philadelphia County).

Respectfully Submitted,

LAURA D. RUCCOLO (70736)
CAPEHART & SCATCHARD, PA
Attorneys for Defendant, Explorer Van
8000 Midlantic Dr., Suite 300 S
Mt. Laurel, New Jersey 08054
856-234-6800

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

JEROME E. SANDERS,
1439 Brookside Avenue
Linwood, PA 19061

      Plaintiff,

   vs.

EXPLORER VANS,
2749 N. Fox Farm Road
Warsaw, IN 46580

     Defendant.

:
:  CIVIL ACTION NO.
:
:
:
:
:
:
:

---

## CERTIFICATION OF SERVICE

   I, Laura D. Ruccolo, Esquire, hereby certify that on May 23, 2019, I caused to be served

a copy of the foregoing Notice of Removal via Overnight Mail to the following:

Attorney for Plaintiff
Robert M. Silverman, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002

Office of the Prothonotary
Philadelphia Court of Common Pleas
First Filing, Room 280
City Hall
Philadelphia, PA. 19107

              _____
              LAURA D. RUCCOLO

## CERTIFICATION OF SERVICE

I, Laura D. Ruccolo, Esquire, hereby certify that on May 23, 2019, I caused to be served a copy of the foregoing Notice of Filing of Notice of Removal via Overnight Mail to the following:

Robert A. Rapkin, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002

Office of the Prothonotary
Philadelphia Court of Common Pleas
First Filing, Room 280
City Hall
Philadelphia, PA. 19107

_____
Laura D. Ruccolo, Esq.