## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| JEROME E. SANDERS,<br><br>       *Plaintiff*,<br>v.<br><br>EXPLORER VAN COMPANY<br><br>       *Defendant*. | Case No. 2:19-cv-02290-HB |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: August 6, 2019                                    By: */s/ Robert M. Silverman*
                                                                                          Robert M. Silverman, Esquire
                                                                                          Kimmel & Silverman, P.C.
                                                                                          30 E. Butler Pike
                                                                                          Ambler, PA 19002
                                                                                          Phone: (215) 540-8888
                                                                                          Fax: (215) 540-8817
                                                                                          Email: rsilverman@lemonlaw.com

## **CERTIFICATE OF SERVICE**

I, Robert M. Silverman, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

LAURA D. RUCCOLO, ESQ.
CAPEHART & SCATCHARD, P.A.
LAUREL CORPORATE CENTER
8000 MIDLANTIC DRIVE SUITE 300
MOUNT LAUREL, NJ 08054
856-234-6800
Fax: 856-235-2786
Email: lruccolo@capehart.com
Attorney for Defendant

Dated: August 6, 2019                  By: */s/ Robert M. Silverman*
                                                          Robert M. Silverman, Esquire
                                                          Kimmel & Silverman, P.C.
                                                          30 E. Butler Pike
                                                          Ambler, PA 19002
                                                          Phone: (215) 540-8888
                                                          Fax: (215) 540-8817
                                                          Email: rsilverman@lemonlaw.com