IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEROME E. SANDERS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| EXPLORER VAN COMPANY | : | NO. 19-2290 |

### O R D E R

**AND NOW,** this 12th day of August, 2019 it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

                                          Kate Barkman
                                          Clerk of Court

                                          /s/ Kristin R. Makely
                          By: _____
                                          Kristin R. Makely,
                                          *Deputy Clerk*